# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1197**

**CA 15-00602**

PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF ANTHONY DESA, M.B., B.S.,
PETITIONER-RESPONDENT,

V                                                                    ORDER

STATE OF NEW YORK, SUNY UPSTATE MEDICAL UNIVERSITY,
WILLIAM D. GRANT, Ed.D., AND STEPHEN J. KNOHL, M.D.,
RESPONDENTS-APPELLANTS.
(APPEAL NO. 1.)

---

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (ROBERT M. GOLDFARB OF COUNSEL), FOR RESPONDENTS-APPELLANTS.

WEISBERG & ZUKHER, PLLC, SYRACUSE (DAVID E. ZUKHER OF COUNSEL), FOR PETITIONER-RESPONDENT.

-------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered March 10, 2014 in a proceeding pursuant to CPLR article 78. The order, among other things, held respondents in civil contempt of prior orders of the court.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  November 13, 2015                          Frances E. Cafarell
                                                     Clerk of the Court